IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN CHRISTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-00252 |
| | ) | |
| v. | ) | Judge Gary L. Lancaster |
| | ) | |
| SETON HILL UNIVERSITY, | ) | ELECTRONICALLY FILED |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

AND NOW COME the parties, through their respective counsel, pursuant to Rule 41, and hereby stipulate that the above-captioned case shall be dismissed with prejudice. Each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

/s/ Joseph H. Chivers
Joseph H. Chivers
PA39184
The Employment Rights Group
First & Market Building
1010 One First Avenue
Pittsburgh, PA 15222
Telephone:(412) 281-1110
Fax:       (412) 281-8481
Email:    jchivers@employmentrightsgroup.com

Attorney for Plaintiff

/s/ Catherine S. Ryan
Martha Hartle Munsch
PA18176
Catherine S. Ryan
PA78603
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-4118/4226
Fax:       (412) 288-3063
Email:    mmunsch@reedsmith.com
          cryan@reedsmith.com

Of Counsel:
B. Patrick Costello
PA 5683
15 North Main Street
Greensburg, PA 15601-2471
(ECF registration pending)

Attorney for Defendant

SO ORDERED, this 17th day of July, 2009.

_____
Gary L. Lancaster, U.S. District Judge